# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

2-21-114
Clerk, U. S. District Court
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| GABRIEL GARCIA | ) Case No. SA14-MJ-199 |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 20, 2014__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & 841(b)(1)(B) | Possession with Intent to Distribute a Controlled Substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine.<br><br>PENALTIES: 5 to 40 years imprisonment, $5 million fine, 4 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Steven Contreras, SAPD Detective
Printed name and title

Sworn to before me and signed in my presence.

Date: __02/21/2014__

_____
Judge's signature

City and state: __San Antonio, Texas__   HENRY J. BEMPORAD, US MAGISTRATE JUDGE
Printed name and title

**CRIMINAL COMPLAINT AFFIDAVIT**
**U.S. vs Gabriel Garcia**

I am currently employed as a Detective with the San Antonio Police Department and am assigned to the Narcotics Unit. The following is based on my personal investigation as well as information provided to me by a confidential source.

I received information that **Gabriel Garcia (Garcia)** was selling large amounts of methamphetamine from his residence at the 3300 block of Stephen Foster, San Antonio, Texas, in exchange for U.S. Dollars. On February 20 2014, surveillance was established at above location and we observed **Garcia** walked out of the front door and get into the driver's seat of the suspect vehicle. The vehicle reversed out of the driveway and began heading south on Stephen Foster. Rolling surveillance was maintained on suspect vehicle as it traveled north on SE Loop 410. I radioed for uniformed officers to assist with the investigation. Officer Rodriguez who was driving a marked police vehicle was given the direction of flight. Officer Rodriguez pulled in behind **Garcia** as **Garcia** traveled north bound on Lake Meadow. Rodriguez observed that **Garcia** failed to come to a complete stop at the intersection of Lake Meadow and Hwy 87. The suspect vehicle also had a front passenger headlight out. Officer Rodriguez turned on his emergency lights and initiated a traffic stop for the violation. The vehicle came to rest at US Hwy 87 E and Arriola Lane. Officer Rodriguez said he approached the driver's side door and contacted **Garcia** who appeared to be extremely nervous and was sweating profusely. Officer Rodriguez advised **Garcia** the reason for the stop and asked if he could see his drivers license and insurance which **Garcia** provided. Officer Rodriguez noticed that **Garcia**'s voice was cracking and his hands were shaking when Rodriguez spoke to him. Office Rodriguez asked **Garcia** if he had anything illegal or weapons inside his vehicle or on himself. **Garcia** voluntarily gave verbal consent allowing officers to search his vehicle. Officer Rodriguez asked **Garcia** to exit the vehicle which he complied and was detained outside of the vehicle. Officer Khalaf began to search and noticed the center console was tampered with. Officer Khalaf discovered a package which he believed to be alleged narcotics based on his training and experience. Officer Rodriguez then contacted me and advised me of what was discovered. Detective Ruiz and I then made the traffic stop. Detective Ruiz field tested a portion of the alleged narcotics which yielded a positive result for methamphetamine.

The substances were field tested and reacted positive for Methamphetamine with a total aggregate field weight of 172.2 grams.

_____
SAPD Detective Steven Contreras

Sworn to before me and subscribed in my presence on February 21, 2014.

_____
HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE