2-21-14
Clerk, U. S. District Court
Western District of Texas

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | SA14-MJ-199 |
| GABRIEL GARCIA, | |
| Defendant. | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT

TO THE HONORABLE HENRY J. BEMPORAD, U.S. MAGISTRATE JUDGE:

The United States of America, by and through the United States Attorney for the Western District of Texas, files this Motion to Detain Defendant and states:

I.

Defendant is charged by complaint, Possession with Intent to Distribute a Controlled Substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

II.

The Government requests that this Court detain Defendant without bond. Defendant is currently on federal supervised release. The Government asks for a 3/10 day continuance in order to prepare for a hearing on this matter.

Respectfully submitted,

ROBERT PITMAN
United States Attorney


_____/s/_____
PRISCILLA GARCIA
Assistant United States Attorney
Texas State Bar No. 07641200
601 NW Loop 410, Suite 600
San Antonio, Texas  78216-5512
(210) 384-7150
(210) 384-7118 FAX
