UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-14-199M |
| GABRIEL GARCIA | § § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Alfredo R. Villarreal, Assistant Federal Public Defender and enters his appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ALFREDO R. VILLARREAL
Assistant Federal Public Defender
727 E. César E. Chávez Blvd., Suite B-207
San Antonio, Texas 78206-1205
State Bar No.  20581850
Tel.: 210-472-6700
Fax: 210-472-4454

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2014, I filed the foregoing Notice of Appearance using the CM/ECF system which will give electronic notification to the following:

Priscilla Garcia
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

/s/ ALFREDO R. VILLARREAL
Assistant Federal Public Defender